UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TAMARA JEFFERSON, | ) |
| Plaintiff | ) |
| vs. | ) Case No.  5:19-cv-00858-HNJ |
| HIGH SEC LABS, INC., | ) |
| Defendant | ) |

**ORDER**

Defendant filed a motion to seal its evidentiary submission in support of its motion for summary judgment.  (Doc. 38).  Defendant states that it inadvertently failed to redact personal identifying information from some of the exhibits, and it filed an amended evidentiary submission with the appropriate redactions.  (Doc. 39).  The court **GRANTS** Defendant's motion and directs the Clerk to place Defendant's original evidentiary submission (Doc. 37) under seal.

**DONE** and **ORDERED** this 3rd day of March, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE