# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TAMARA JEFFERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.: 5:19-cv-00858-NAD** |
| **v.** ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| **HIGH SEC LABS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S BRIEF IN OPPOSITION TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Ashley R. Rhea (ASB-8736-H81O)
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, Alabama 35233
Telephone: (205) 675-0476
Fax: (205) 386-4383
Email: arhea@rhealawllc.com
Attorney for Plaintiff Tamara Jefferson